1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8   MARQUEL TAYLOR ABRAHAM by and<br>through her Guardian ad Litem KIM<br>9   LUMINARIAS,<br><br>10            Plaintiff,<br><br>11   v.<br><br>12   MICHAL J. ASTRUE, Commissioner of<br>Social Security<br>13            Defendant.<br>14 | )   Case No. 1:09-cv-00786-BAK<br>)<br>)   ORDER GRANTING PETITION AND<br>)   APPOINTING GUARDIAN AD LITEM OF<br>)   MINOR<br>)<br>)   (Fed. R. Civ. P. 17(c))<br>)<br>)   (Document No. 3)<br>)<br>)<br>) |

15
16      The Court has reviewed and considered the Petition for Appointment of a Guardian Ad Litem

17  filed by Kim Luminarias in the above-entitled proceeding on May 1, 2009 on behalf of the minor

18  plaintiff, Marquel Taylor Abraham.   Good cause appearing therefor, the Court hereby GRANTS the

19  Petition, ORDERS that Kim Luminarias be, and hereby is, APPOINTED to serve as guardian ad litem

20  on behalf of the minor plaintiff, Marquel Taylor Abraham, to prosecute the action seeking review of the

21  final decision of the Commissioner of Social Security filed in this proceeding (Doc. 1).

22
23      IT IS SO ORDERED.

24      **Dated:**   __**June 11, 2009**__         __**/s/ Dennis L. Beck**__
                                       UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1