IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

MARQUEL T. ABRAHAM,                    )        1:09cv0786 JLT
                                       )
                  Plaintiff,           )        ORDER GRANTING
                                       )        EXTENSION OF TIME
                                       )
                                       )        (Document 15)
        vs.                            )
                                       )
MICHAEL J. ASTRUE, Commissioner,       )
                                       )
                  Defendant.           )
_____)

        On December 28, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file his opening brief.  The parties' request is GRANTED.  Plaintiff's opening brief SHALL be filed on or before January 13, 2010.

        IT IS SO ORDERED.

        Dated:   **December 29, 2009**            _____/s/ **Dennis L. Beck**_____
                                                  UNITED STATES MAGISTRATE JUDGE

1