1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney
   California Bar No. 244142
5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8928
       Facsimile: (415) 744-0134
7      E-Mail: kathryn.watson@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARQUEL T. A. by and through his guardian ad litem KIM LUMINARIAS,, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br>Commissioner of <br>Social Security, <br><br> Defendant. | CIVIL NO. 1:09-CV-00786-JLT <br><br> STIPULATION AND AMENDED ORDER TO EXTEND TIME |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment (Dkt. # 18) is hereby extended from March 25, 2010 to April 24, 2010. This stipulation amends the earlier Proposed Order and Motion to Extend Time (Dkt. # 22).

///

///

///

///

///

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: March 25, 2010          /s/ Lawrence D. Rohlfing
                               (authorized by phone)
                               LAWRENCE D. ROHLFING
                               Attorney for Plaintiff

Dated March 25, 2010           BENJAMIN B. WAGNER
                               United States Attorney
                               LUCILLE GONZALES MEIS
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               /s/ Kathryn R. Watson
                               KATHRYN R. WATSON
                               Special Assistant United States Attorney

## ORDER

Based upon the stipulation of counsel, the Court GRANTS defendant's request for an extension of time to file the defendant's brief. Defendant's brief is now due April 24, 2010. Based upon this order, the motion filed on February 4, 2010 for an extension of time is MOOT.

IT IS SO ORDERED.

Dated:  **March 25, 2010**                          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE