| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>KATHRYN R. WATSON |
| 4 | Special Assistant United States Attorney<br>California Bar No. 244142 |
| 5 |     333 Market Street, Suite 1500<br>    San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8928<br>    Facsimile: (415) 744-0134 |
| 7 |     E-Mail: kathryn.watson@ssa.gov |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARQUEL T. A. by and through his guardian ad litem KIM LUMINARIAS,,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:09-CV-00786-JLT<br><br>STIPULATION AND ORDER FOR REMAND |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action: The ALJ will give the claimant an opportunity for a new hearing, be directed to arrange for the opinion of a medical expert pursuant to <u>Howard ex rel Wolff v. Barnhart</u>, 341 F.3d 1006 (9th Cir. 2003). The ALJ will further consider the evidence contained in the subsequent application as it is material to the period before him, further consider the lay witness evidence regarding the claimant's

subjective complaints, and further evaluate the claimant's mental impairments.

                                        Respectfully submitted,

Dated: April 9, 2010                  */s/ Lawrence D. Rohlfing*
                                        (As authorized by phone)
                                        LAWRENCE D. ROHLFING
                                        Attorney for Plaintiff

Dated: April 9, 2010                  BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Kathryn R. Watson*
                                        KATHRYN R. WATSON
                                        Special Assistant United States Attorney

## **ORDER**

Pursuant to the Stipulation of the Parties, the Court orders remand of this matter to the Commissioner of the Social Security Administration for further proceedings pursuant to sentence 4 of 42 U.S.C. § 405(g).  The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant Commissioner of the Social Security Administration.

IT IS SO ORDERED.

Dated:   **April 12, 2010**                                      **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE