# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUEL T. A., by and through his guardian ad litem KIM LUMINARIAS,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.1:09-cv-00786-JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 28) |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of rights, the amount of $2,300.

///

///

///

///

-1-

1 This amount is authorized by 28 U.S.C. § 2412(d) and award of the fees is
2 subject to the terms of the above-referenced stipulation.

5 IT IS SO ORDERED.

6 Dated: __**June 7, 2010**__                    __/s/ Jennifer L. Thurston__
                                                   UNITED STATES MAGISTRATE JUDGE